RECEIVED
OCT 27 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENNON D. SEARCY,<br>Petitioner | CIVIL ACTION NO. 1:17-CV-745-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| WARDEN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objection filed by Petitioner, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 27th day of October, 2017.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE